11/06/08

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT**

**FILED**
APR 1 8 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Victor J Evans, Plaintiff
v.
Chicago Family health, Defendant(s)

Case 13cv2927
Judge Judge Kendall
Mag. Judge Cox

*Instructions:* Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place an X in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

*Application:* I, Victor J Evans, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other ____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No," go to Question 2)
   I.D. #: ____ Name of prison or jail: ____
   Do you receive any payment from the institution? ☐ Yes ☐ No
   Monthly amount: ____

2. Are you currently employed? ☒ Yes ☐ No
   a. If the answer is "yes," state your:
      Monthly salary or wages: 10.11
      Name and address of employer: Chicago Family 9119 S Exchange
   b. If the answer is "no," state your:
      Beginning and ending dates of last employment: ____
      Last monthly salary or wages: ____
      Name and address of last employer: ____

3. Are you married? ☒ Yes ☐ No
   If the answer is "yes," is your spouse currently employed? ☐ Yes ☐ No
   Spouse's monthly salary or wages: 1950
   Name and address of spouse's employer: 220 N State

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark an X next to "Yes" or "No" in each of the categories a. through g., check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a. ☐ Salary or ☐ wages ☐ Yes ☐ No
      Amount: ____ Received by: ____
   b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☐ No
      Amount: ____ Received by: ____
   c. ☒ Rental income, ☐ interest or ☐ dividends ☐ Yes ☐ No
      Amount: ____ Received by: ____
   d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support ☐ Yes ☒ No
      Amount: ____ Received by: ____

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount: _____ Received by: _____

f. ☐ Unemployment, ☐ welfare or ☐ any other public assistance ☐Yes ☒No
Amount: _____ Received by: _____

g. ☐ Any other sources (describe source: _____ ) ☐Yes ☒No
Amount: _____ Received by: _____

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts? ☐Yes ☒No
Total amount: _____
In whose name held: _____ Relationship to you: _____

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property: _____ Current value: _____
In whose name held: _____ Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☐Yes ☒No
Type of property and address: _____
Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000? ☐Yes ☒No
Year, make and model: _____
Current value: _____ Equity: _____ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held: _____ Relationship to you: _____
Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☒No
Property: _____
Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held: *Mr x Mr Evans* Relationship to you: _____
Name of person making payments: *Ms Evans*

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☐ None.

*Victoria Evans my child*

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☐ None.

_____Ø_____

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.
Date: *4-18-2013*

*[signature]*
Signature of Applicant
*Victor J Evans*
(Print Name)